IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE: Nuvidorra, Inc.

    Debtor(s)

CASE NO. 8:19-bk-05832-CPM
CHAPTER 11

## AMENDMENT TO DEBTOR'S PLAN OF REORGANIZATION, DATED OCTOBER 9, 2019

The Debtor, Nuvidorra, Inc., filed its Plan of Reorganization on October 9, 2019. The Debtor hereby amends its Plan of Reorganization, striking Class II. Except for the amendment striking Class II, the Plan of Reorganization, as filed on October 9, 2019, remains unchanged.

The Debtor hereby amends the Plan of Reorganization, as follows:

### ARTICLE III.
### TREATMENT OF CLASSES AND CLAIM DETERMINATION UNDER THE PLAN

A.    TREATMENT OF CLASSES

    CLASS II.      General, Unsecured Creditors Who Elects to Do Business with the Debtor Post-Petition (Impaired).

The Debtor strikes Class II (No creditors are within Class II)

DATED: December 17, 2019.

Nuvidorra, Inc.
By: David E. Stuckmeyer
Title: President

Melody D. Genson, Attorney at Law
2750 Ringling Boulevard, Suite 3
Sarasota, Florida 34237
Telephone: (941) 365-5870
Facsimile: (941) 365-5872
Florida Bar No. 342092
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 17+ day of Dec, 2019, either by electronic service or by U. S. Mail postage prepaid to the following named addressees: **U.S. Trustee's Office**, 501 E. Polk St., Suite 1200,Tampa, FL 33602 3400, Tampa, FL 33602; **and to the matrix as per attached.**

Melody D. Genson, Attorney at Law
2750 Ringling Boulevard, Suite 3
Sarasota, Florida 34237
(941) 365-5870
Florida Bar No. 342092

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-05832-CPM<br>Middle District of Florida<br>Tampa<br>Tue Dec 17 14:26:45 EST 2019 | Nuvidorra, Inc.<br>432 E. Venice Avenue, Unit 4<br>Venice, FL 34285-4637 | Amazon Capital Services, Inc<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| Amazon Payments, Inc.<br>P.O. Box 80683<br>Seattle, WA 98108-0683 | Anda, Inc.<br>2915 Weston Road<br>Fort Lauderdale, FL 33331-3627 | Anda, Inc.<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Spark Business<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kabbage Business Loan<br>P.O. Box 77081<br>Atlanta, GA 30357-1081 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| Serino Joint Trust<br>105 Corporation Way<br>Venice, FL 34285-5568 | Melody D. Genson +<br>Law Offices of Melody Genson<br>2750 Ringling Boulevard, Suite 3<br>Sarasota, FL 34237-6300 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | End of Label Matrix<br>Mailable recipients   15<br>Bypassed recipients    0<br>Total                 15 | |