## IN UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:  Nuvidorra, Inc.                                CASE NO. 8:19-bk-05832-CPM
                                                       CHAPTER 11
 Debtor(s)

## DEBTOR –IN-POSSESSION'S REPORT AND ACCOUNTING OF COMPLIANCE WITH THE CONFIRMATION ORDER

The Debtor, Nuvidorra, Inc., hereby files its report and accounting in compliance with the Order Approving Disclosure Statement on a Final Basis and Confirming Debtor's Chapter 11 Plan (Doc. No. 55), as follows:

1. The Order Approving Disclosure Statement on a Final Basis and Confirming Debtor's Chapter 11 Plan was entered on December 20, 2019 (Doc. No. 55)
2. Pursuant to the Plan, Promissory Notes were executed for general unsecured creditors and distributed to creditors. The unsecured Notes were prepared according to the chart attached hereto as Exhibit "A".
3. The Debtor has executed all documents as required under the Plan with its secured and unsecured creditors.
4. The Debtor will make sixty (60) consecutive payments under the unsecured Promissory Notes until each note is paid in full.
5. The Debtor will pay secured and priority claims pursuant to the Plan and orders of this Court. A Secured Promissory Note has been prepared according to the chart attached hereto as Exhibit "B".
6. The Debtor has paid administrative claims to the United States Trustee.
7. The Debtor has partially paid its attorney's fees and costs and has agreed to pay all court allowed fees and costs to its attorney Melody D. Genson.
8. The Debtor has complied with all orders of the court.

I, the undersigned representative for the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 1/15/2020

Nuvidorra, Inc.
By: David E. Stuckmeyer
Title: President

Melody D. Genson, Attorney at Law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 15th day of Jan, 2020, by electronic transmission or by U.S. Mail postage prepaid to the following named addressee: U.S. Trustee's Office, 501 E. Polk St., Suite 1200, Tampa, FL 33602 and to the matrix as per attached.

Melody D. Genson, Attorney at Law
2750 Ringling Boulevard, Suite 3
Sarasota, Florida 34237
(941) 365-5870
Florida Bar No. 342092

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-05832-CPM<br>Middle District of Florida<br>Tampa<br>Wed Jan 15 14:13:27 EST 2020 | Nuvidorra, Inc.<br>432 E. Venice Avenue, Unit 4<br>Venice, FL 34285-4637 | Amazon Capital Services, Inc<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| Amazon Payments, Inc.<br>P.O. Box 80683<br>Seattle, WA 98108-0683 | Anda, Inc.<br>2915 Weston Road<br>Fort Lauderdale, FL 33331-3627 | Anda, Inc.<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Spark Business<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kabbage Business Loan<br>P.O. Box 77081<br>Atlanta, GA 30357-1081 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| Serino Joint Trust<br>105 Corporation Way<br>Venice, FL 34285-5568 | Melody D. Genson +<br>Law Offices of Melody Genson<br>2750 Ringling Boulevard, Suite 3<br>Sarasota, FL 34237-6300 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |

## Chapter 11 Plan Treatment / Unsecured Creditor's Receive 20% of Their Claim

### Nuvidorra, Inc.

| Unsecured Creditor | Claim Amount | Note Amount | Monthly Payment | Term | Beginning | Ending |
|---|---|---|---|---|---|---|
| Scheduled<br>Anda, Inc.<br>2915 Weston Road<br>Fort Lauderdale, FL 33310 | $127,791.15 | $25,558.23 | $425.97 | 60 Months | 3/3/2020 | 3/3/2025 |
| Scheduled<br>Payal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348 | $2,917.50 | $583.50 | $9.71 | 60 Months | 3/3/2020 | 3/3/2025 |
| Proof of Claim #2<br>Capital One Bank (USA), NA<br>American InfoSource, Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | $8,232.21 | $1,646.44 | $27.44 | 60 Months | 3/3/2020 | 3/3/2025 |
| Amazon Capital Services, Inc.<br>410 Terry Avenue<br>Seattle, WA 98109 | Amount to be determined in the event of a deficiency. | | | | | |

Exhibit "A"

## Chapter 11 Plan Treatment / Secured Creditor
### Nuvidorra, Inc.

| Secured Creditor | Claim Amount | Interest Rate | Monthly Payment | Term | Beginning | Ending |
|---|---|---|---|---|---|---|
| Scheduled<br>Amazon Capital Services, Inc.<br>410 Terry Avenue<br>Seattle, WA 98109 | $94,439.39 | 3.00% | $1,247.86 | 84 Months | 3/3/2020 | 3/3/2027 |

Exhibit "B"